**Fill in this information to identify the case:**

Debtor 1    Angela D. Hill

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Alabama

Case number    19-01704-TOM13

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.      **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to
identify the debtor's account:    2   6   6   1

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | Plan Review 4/27/2019 | (3) | $ 150.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | POC 5/8/2019 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Joshua B. White
Signature

Date   05/29/2019

Print:    Joshua B. White
First Name     Middle Name      Last Name

Title   Attorney for Creditor

Company   Stephens Millirons, P.C.

Address   P.O. Box 307
Number      Street
Huntsville       AL    35804
City          State     ZIP Code

Contact phone   256-382-5500

Email   jwhite@smpclaw.com

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges, was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at  the e-mail address registered with the Court on this Date:

Date: 05/29/2019

Chapter 13 Trustee: Bradford W. Caraway
Trustee Address:
ctmail@ch13bham.com,
bhamch13@ecf.epiqsystems.com

Debtor's Counsel Name:  C Taylor Crockett
Debtor's Counsel Address:
taylor@taylorcrockett.com

Debtor 1 Name:  Angela D. Hill
Debtor 2 Name:
Debtor's Mailing Address:
2220 Shirley Dr ive
Birmingham, AL 35 215

Signature: /s/Joshua B. White
Title: Attorney for Creditor
Company: Stephens Millirons, P.C.
Address: P.O. Box 307 Huntsville,
AL 35804
Phone: 256-382-5500
Email: jwhite@smpclaw.com